NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 1 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GARFIELD GREENWOOD, | No.   14-72731 |
| Petitioner, | Agency No. A076-186-391 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 26, 2016[**]

Before:     SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

Garfield Greenwood, a native and citizen of Jamaica, petitions for review of

the Board of Immigration Appeals' ("BIA") order denying his motion to reopen

removal proceedings.   We have jurisdiction under 8 U.S.C. § 1252.   We review

for abuse of discretion the denial of a motion to reopen, *Najmabadi v. Holder*, 597

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.   *See* Fed. R. App. P. 34(a)(2).

F.3d 983, 986 (9th Cir. 2010), and we deny the petition for review.

The BIA did not abuse its discretion in denying Greenwood's motion to reopen as untimely where he filed it three years after the BIA's final decision, *see* 8 C.F.R. § 1003.2(c)(2), and he failed to demonstrate changed country conditions in Jamaica to qualify for an exception to the time limitation for motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi*, 597 F.3d at 987-990 (evidence must be "qualitatively different" to warrant reopening).

**PETITION FOR REVIEW DENIED.**